ACCEPTED
03-14-00567-CR
7839723
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 11:28:59 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00567-CR

| | | |
|---|---|---|
| ARTY PRICE | § | IN THE COURT OF APPEALS |
| | § | |
| v. | § | THIRD DISTRICT |
| | § | |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 11:28:59 AM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE STATE OF TEXAS, Appellee, by and through her Assistant District Attorney, and moves the Court, pursuant to Texas Rule of Appellate Procedure 38.6(d), to extend the deadline for filing the State's brief. In support of its motion, the State would show the Court the following:

1. The State's Brief in this case is due on November 16, 2015.

2. No previous extensions of time have been requested by the State or granted by this Court.

3. Appellant's brief was filed in this Court on October 15, 2015.

4. The State recently filed briefs with this court in 03-14-00402-CR, *State vs. Rex Allen Nisbett* and 03-14-00585-CR, *State vs. Leovardo Cantos*.

5. The State anticipates filing its brief in 03-14-00802-CR, *State vs. Pedro Elizondo Martinez* on December 8, 2015.

6. The State will file a trial brief on or before November 17 in *State v. Justin Robert Parker*, 15-0431-K368, responding to a motion to quash the indictment and a pre-

1

trial writ of habeas corpus asserting a facial constitutional challenge to section 33.021(c) and (d), in anticipation of appellate litigation. The State anticipates arguing the same on November 19, 2015.

7. The State anticipates filing proposed findings of fact and conclusions of law in five pending applications for writ of habeas corpus in December.

8. The undersigned Assistant District Attorney expects to be out of the office for portions of November and December due to lack of childcare for his young children during the Thanksgiving and Christmas holidays.

9. For the foregoing reasons, The State respectfully requests that the deadline for filing its brief in the above stated cause be extended for an additional sixty (60) days from the current due date of November 16, 2015, to January 14, 2015.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an extension of time and extend the State's deadline to file its brief to January 14, 2015.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas

 /s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722

405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org

Certificate of Service

This is to certify that on November 16, 2015, a copy of the foregoing motion has been sent to Appellant's attorney of record, Ariel Payan, 1012 Rio Grande, Austin, Texas 78701, by eservice at Arielpayan@hotmail.com.

/s/ John C. Prezas
John C. Prezas